# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MCLEMORE,<br><br>    Plaintiff,<br><br>v.<br><br>no named,<br><br>    Defendant. | Case No. 2:10-CV-01954-KJD-PAL<br><br>**ORDER** |

Court mail addressed to Plaintiff has been returned as undeliverable. Accordingly, the Court dismisses the complaint against defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update her current address.

**IT IS SO ORDERED.**

DATED this 9th day of March 2011.

_____
Kent J. Dawson
United States District Judge